# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ANTHONY NORTHOVER,

                Petitioner,

-against-

UNITED STATES OF AMERICA,

                Respondent.

-----------------------------------------------------------X

16 **CIVIL** 6086 (KMK)
11 **CR.** 630 (KMK)
**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 19, 2019, the Petitioner's Petition for Writ of Habeas Corpus is dismissed; as Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue; the Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Judgment on the merits would not be taken in good faith; judgment is entered in favor of respondent, and this case is closed.

Dated: New York, New York

      November 21, 2019

                                            RUBY J. KRAJICK
                                            Clerk of Court
                        BY:
                                              Deputy Clerk

                                            THIS DOCUMENT WAS ENTERED
                                            ON THE DOCKET ON _____